## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 23-MJ-0099-ZMF |
| | : | |
| JENNIFER I. VARGAS GELLER | : | |
| | : | |
| | : | |
| Defendant. | : | |

### ORDER

Pursuant to the motion filed by the United States, it is hereby ordered that the Motion to Dismiss the Complaint pursuant to Rule 48(a) with prejudice is GRANTED.

**SO ORDERED** this 22nd day of January, 2025.

_____

HONORABLE JAMES E. BOASBERG
Chief Judge